# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## DEL RIO DIVISION

| | | |
|---|---|---|
| United States of America | § | |
| | § | |
| vs. | § | Case Number:  DR:20-M -01715(1) |
| | § | |
| (1) Tasha Marie Roberts | § | |
| *Defendant* | | |

# ORDER

On motion of the United States Government requesting detention of the Defendant, (1) Tasha Marie Roberts, a hearing was set for October 15, 2020.

Christina Norton was appointed to represent the defendant.  On October 14, 2020, the attorney for the defendant filed a Waiver of Preliminary and Detention Hearing signed by the attorney, and the defendant waiving the hearings and the right to contest the Government's motion,

THEREFORE, pursuant to this waiver, it is ordered that the defendant be detained without bond until the completion of this case.

SIGNED this 14th day of October, 2020.

_____
COLLIS WHITE
UNITED STATES MAGISTRATE JUDGE